IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MALCOM BRUMLEY**
**ADC # 153126**                                                                    PLAINTIFF

v.                           No. 5:13-cv-87-DPM-BD

**GAYLON LAY, Warden, Cummins Unit,**
**ADC; TROY MOORE, Dr., Cummins Unit,**
**ADC; MARIE AUSTIN, Medical Director,**
**Cummins Unit, ADC; and LANVANDA**
**WHITE-MATTHEWS, Medical Director**
**Assistant, Cummins Unit, ADC**                             DEFENDANTS

### ORDER

Unopposed recommendation, № 36, adopted. FED. R. CIV. P. 72(b)(3) (1983 addition to Advisory Committee Notes). Defendants' motions for summary judgment, № 29 & № 32, granted. Brumley's claims against Lay, White-Matthews, and Austin are dismissed without prejudice. His claims against Moore are dismissed with prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 March 2014