# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MALCOM BRUMLEY**
**ADC # 153126**                                                                **PLAINTIFF**

v.                              No. 5:13-cv-87-DPM

**GAYLON LAY**, Warden, Cummins Unit,
ADC; **TROY MOORE**, Dr., Cummins Unit,
ADC; **MARIE AUSTIN**, Medical Director,
Cummins Unit, ADC; and **LANVANDA**
**WHITE-MATTHEWS**, Medical Director
Assistant, Cummins Unit, ADC                                    **DEFENDANTS**

## JUDGMENT

Brumley's claims against Lay, White-Matthews, and Austin are dismissed without prejudice. His claims against Moore are dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

17 March 2014